IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID BUREN WILSON, TRUSTEE, § § Plaintiff, § § vs. § HOUSTON COMMUNITY COLLEGE § SYSTEMS, § § Defendant. § | C.A. NO.: 4:18-CV-00744 |

## ORDER

CAME ON THIS DAY TO BE CONSIDERED, Houston Community College System's, Dr. Adrianna Tamez's, and Dr. Carolyn Evans-Shabazz's Motion to Quash Wilson's Notice of Intent to take Oral Depositions, and the Court, after reviewing the moving papers and any responses thereto, is of the opinion that the Motion to Quash Wilson's Notice of Intent to take Oral Depositions should be hereby **GRANTED**.

IT IS THEREFORE ORDERED that the depositions of Adrianna Tamez and Dr. Carolyn Evans-Shabazz are quashed.

IT IS FURTHER ORDERED that no HCC Trustee may be deposed regarding the resolution of censure that is the subject of this lawsuit.

SIGNED this ____ day of _____, 2018.

_____
Kenneth Hoyt
United States District Judge