UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID BUREN WILSON, § § § Plaintiff, § VS. § HOUSTON COMMUNITY COLLEGE § SYSTEM, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:18-CV-00744 |

## FINAL JUDGMENT

Pursuant to the Memorandum Opinion and Order entered in this case, defendant's, Houston Community College System's (the "defendant"), motion to dismiss is **GRANTED**. The plaintiff, David Buren Wilson, Trustee, (the "plaintiff"), shall take nothing by his suit.

This is a Final Judgment.

It is so **ORDERED**.

SIGNED on this 22nd day of March, 2019.

_____
Kenneth M. Hoyt
United States District Judge