# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Courts
Southern District of Texas
FILED

*July 23, 2020*

David J. Bradley, Clerk of Court

No. 19-20237

D.C. Docket No. 4:18-CV-744

United States Court of Appeals
Fifth Circuit

**FILED**

April 7, 2020

Lyle W. Cayce
Clerk

DAVID BUREN WILSON,

Plaintiff - Appellant

v.

HOUSTON COMMUNITY COLLEGE SYSTEM,

Defendant - Appellee

**Certified as a true copy and issued
as the mandate on Jul 23, 2020**

Attest: *Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

Appeal from the United States District Court
for the Southern District of Texas

Before DAVIS, SMITH, and STEWART, Circuit Judges.

## JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is reversed, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that appellee pay to appellant the costs on appeal to be taxed by the Clerk of this Court.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 23, 2020

Mr. David J. Bradley
Southern District of Texas, Houston
United States District Court
515 Rusk Street
Room 5300
Houston, TX 77002

     No. 19-20237   David Wilson v. Houston Community College
                      Sys
                      USDC No. 4:18-CV-744

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      Monica R. Washington, Deputy Clerk
                      504-310-7705

cc:  Mr. Jonathan Griffin Brush
     Mr. Keith Alexander Gross
     Mr. Arturo Garcia Michel
     Mr. Richard Alan Morris
     Ms. Elizabeth Rae Mylin
     Ms. Meredith Prykryl Walker