United States District Court
Southern District of Texas
**ENTERED**
July 27, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID BUREN WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 4:18-CV-0744 |
| | § | |
| HOUSTON COMMUNITY COLLEGE | § | |
| SYSTEM, *et al*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Pursuant to remand instructions from the Fifth Circuit Court of Appeals, the plaintiff's claims for declaratory and for injunctive relief are Dismissed.

It is so Ordered.

SIGNED on this 27th day of July, 2020.

_____
Kenneth M. Hoyt
United States District Judge