United States District Court
Southern District of Texas
**ENTERED**
August 03, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID BUREN WILSON, § § Plaintiff, § VS. § § HOUSTON COMMUNITY COLLEGE § SYSTEM, *et al*, § § Defendants. § | CIVIL ACTION NO. 4:18-CV-00744 |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON August 3, 2020 at 8:30 AM

Appearances:     Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | Completed |
| New parties/class allegations by: | None |
| Discovery to be completed by: | December 1, 2020 |
| Dispositive motions due by: | January 15, 2021 |
| Docket call to be held at 11:30 AM on: | April 5, 2021 |
| Estimated trial time: TBA | Jury Trial |

The following rulings were made:

In light of the Coronavirus Pandemic, telephonic appearances are waived.

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on this 3rd day of August, 2020.

_____
Kenneth M. Hoyt
United States District Judge